UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR., | No. 2:23-cv-1350 DAD CKD P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| TEREZA MAYA, et al., | |
| Defendants. | |

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. The allegations in plaintiff complaint are mostly vague and he does not state a claim for relief against the identified defendants. However, he does challenge forced medication at Kern Valley State Prison which lies with the jurisdiction of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 120(d). There does not appear to be any appropriate basis for jurisdiction in the Sacramento Division.

      Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

1

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

Dated: August 22, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1
driv1350.22